CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
CAREN P. SENCER, Bar No. 233488
KATHARINE R. McDONAGH, Bar No. 325430
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
　　　　clozano@unioncounsel.net
　　　　csencer@unioncounsel.net
　　　　kmcdonagh@unioncounsel.net

Attorneys for Plaintiffs AURORA AYON, DORA HERNÁNDEZ, JESUS HERNANDEZ, MARIA LOPEZ, ORBELINA MELARA, LAURA MELGAREJO and ARCELIA QUINTERO ALVAREZ

IAN B. WIELAND, Bar No. 258721
SAGASER, WATKINS & WIELAND, PC
5260 North Palm Avenue, Suite 400
Fresno, California, 93704
Telephone  (559) 421-7000
Fax  (559) 4731483

MATTHEW E. FEINBERG (*pro hac vice pending*)
MATTHEW E. KREISER (*pro hac vice pending*)
888 17th Street NW, 11th Floor
Washington, DC 20006
Telephone  (202) 857-1000
Fax  (202) 857-0200

Attorneys for Defendant ZERO WASTE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA AYON, DORA HERNANDEZ, JESUS HERNANDEZ, MARIA LOPEZ, ORBELINA MELARA, LAURA MELGAREJO and ARCELIA QUINTERO ALVAREZ,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ZERO WASTE SOLUTIONS, INC.,<br><br>　　　　　　Defendant. | No. 20-cv-02424-MCE-JDP<br><br>**STIPULATION REQUESTING EXTENSION OF RULE 26 MEET AND CONFER DEADLINE; ORDER**<br><br>Crtrm.:　7, 14th Floor<br>　　　　　Robert T. Matsui Courthouse<br>　　　　　501 I Street<br>　　　　　Sacramento, CA  95814<br>Judge:　Hon. Morrison C. England, Jr. |

1
STIPULATION REQUESTING EXTENSION OF RULE 26 MEET AND CONFER DEADLINE
Case No. 20-cv-02424-MCE-JDP

On December 8, 2020, this Court issued an Initial Pretrial Scheduling Order that states "the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan" within sixty (60) days from the date of removal.  ECF Dkt. 2, p. 2.  In light of the pending Motion for Remand and Motion to Dismiss, the parties hereby stipulate and respectfully request that this deadline to meet and confer be moved to within ten (10) days after a decision on the merits is reached in both the pending Motion for Remand and the Motion to Dismiss.

IT IS SO STIPULATED.

Dated:  February 5, 2021                    WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation

                                            */s/ Katharine R. McDonagh*

                                     By:    KATHARINE R. McDONAGH

                                            Attorneys for Plaintiffs AURORA AYON, DORA HERNANDEZ, JESUS HERNANDEZ, MARIA LOPEZ, ORBELINA MELARA, LAURA MELGAREJO and ARCELIA QUINTERO ALVAREZ


Dated:  February 5, 2021                    SAGASER, WATKINS & WIELAND

                                            */s/ Ian B. Wieland*

                                     By:    IAN B. WIELAND

                                            Attorneys for Defendant ZERO WASTE SOLUTIONS, INC.

///

///

///

///

///

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
STIPULATION REQUESTING EXTENSION OF RULE 26 MEET AND CONFER DEADLINE
Case No. 20-cv-02424-MCE-JDP

**ORDER**

Having considered the above stipulation, and good cause appearing therefore, it is hereby ORDERED that the parties will meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan within ten (10) days after a decision on the merits is reached on the outstanding Motion for Remand and Motion to Dismiss.

IT IS SO ORDERED.

Dated: February 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3
STIPULATION REQUESTING EXTENSION OF RULE 26 MEET AND CONFER DEADLINE
Case No. 20-cv-02424-MCE-JDP